Federal Reserve Bank of Dallas 2200 North Pearl Street Dallas, TX 75201 +1 214-922-6000
Linwood Bradford 504 Prince St. Cedar Hill, TX 75104

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Linwood Bradford | Federal Reserve Bank of Dallas | 358128 | 04/16/2026 | 04/30/2026 | 04/30/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Tax | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 91.96 | 4,020.79 | 175.00 | 294.35 | 335.06 | 3,216.38 |
| YTD | 747.08 | 33,893.20 | 1,400.00 | 3,971.59 | 3,565.15 | 24,956.46 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Premium Pay | 04/16/2026 - 04/18/2026 | 0 | 0 | 19.10 | |
| Premium Pay | 04/19/2026 - 04/25/2026 | 0 | 0 | 47.73 | |
| Premium Pay | 04/26/2026 - 04/30/2026 | 0 | 0 | 38.19 | 840.09 |
| Regular Base Pay | 04/16/2026 - 04/30/2026 | 88 | 42.2596 | 3,662.50 | 29,300.00 |
| Overtime At 1.5 | 03/22/2026 - 03/28/2026 | 0.33 | 63.9146 | 21.10 | |
| Overtime At 1.5 | 03/22/2026 - 03/28/2026 | 0.33 | 63.9146 | 21.10 | |
| Overtime At 1.5 | 03/22/2026 - 03/28/2026 | 0.33 | 63.9146 | 21.10 | |
| Overtime At 1.5 | 03/22/2026 - 03/28/2026 | 0.33 | 63.9146 | 21.10 | |
| Overtime At 1.5 | 03/22/2026 - 03/28/2026 | 0.33 | 63.9146 | 21.10 | |
| Overtime At 1.5 | 03/29/2026 - 03/31/2026 | 0.33 | 63.9146 | 21.10 | |
| Overtime At 1.5 | 03/29/2026 - 03/31/2026 | 0.33 | 63.9146 | 21.10 | |
| Overtime At 1.5 | 03/29/2026 - 04/04/2026 | 0 | 0 | 0.01 | |
| Overtime At 1.5 | 03/29/2026 - 04/04/2026 | 0 | 0 | 0.01 | |
| Overtime At 1.5 | 04/01/2026 - 04/04/2026 | 0.33 | 63.9446 | 21.11 | |
| Overtime At 1.5 | 04/01/2026 - 04/04/2026 | 0.33 | 63.9446 | 21.11 | |
| Overtime At 1.5 | 04/01/2026 - 04/04/2026 | 0.33 | 63.9446 | 21.11 | |
| Overtime At 1.5 | 04/01/2026 - 04/04/2026 | -0.33 | 63.9546 | -21.11 | |
| Overtime At 1.5 | 04/01/2026 - 04/04/2026 | -0.33 | 63.9546 | -21.11 | |
| Overtime At 1.5 | 04/01/2026 - 04/04/2026 | -0.33 | 63.9546 | -21.11 | |
| Overtime At 1.5 | 04/05/2026 - 04/11/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 04/05/2026 - 04/11/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 04/05/2026 - 04/11/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 04/05/2026 - 04/11/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 04/05/2026 - 04/11/2026 | 0.33 | 63.9646 | 21.11 | 3,753.11 |
| Earnings | | | | 4,020.79 | 33,893.20 |

**Employee Tax**

| Description | Amount | YTD |
|---|---|---|
| OASDI EE | 238.56 | 2,015.52 |
| Medicare EE | 55.79 | 471.37 |
| Federal Withholding | 0.00 | 1,484.70 |
| Employee Tax | 294.35 | 3,971.59 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 21.50 | 172.00 |
| Medical | 148.50 | 1,188.00 |
| Vision | 5.00 | 40.00 |
| Pre Tax Deductions | 175.00 | 1,400.00 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dining Charge (Dallas) | | 685.75 |
| Roth 401(k) | 240.00 | 1,920.00 |
| Thrift Plan Loan 1 | 95.06 | 380.24 |
| Thrift Plan Loan 2 | | 579.16 |
| Post Tax Deductions | 335.06 | 3,565.15 |

**Employer Paid Benefits and Imputed Income**

| Description | Amount | YTD |
|---|---|---|
| Employer Only 1% | 40.21 | 338.97 |
| Imp Inc - Basic Life | 1.90 | 15.20 |
| Thrift/Roth Match | 240.00 | 1,899.71 |
| Employer Paid Benefits and Imputed Income | 282.11 | 2,253.88 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,847.69 | 32,508.40 |
| Medicare - Taxable Wages | 3,847.69 | 32,508.40 |
| Federal Withholding - Taxable Wages | 3,847.69 | 32,508.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Exempt | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Time Off**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Dallas Sick Time Off Plan | 0 | 80 | 0 |
| Dallas Vacation Time Off Plan | 7.667 | 8 | 41.88 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATION | STRIDE BANK, NATIONAL ASSOCIATION ******1340 | ******1340 | | 3,216.38 | USD |

Federal Reserve Bank of Dallas 2200 North Pearl Street Dallas, TX 75201 +1 214-922-6000
Linwood Bradford 504 Prince St. Cedar Hill, TX 75104

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Linwood Bradford | Federal Reserve Bank of Dallas | 358128 | 06/01/2026 | 06/15/2026 | 06/15/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Tax | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 91.30 | 3,978.72 | 175.00 | 291.13 | 493.50 | 3,019.09 |
| YTD | 1,006.38 | 45,406.93 | 1,925.00 | 4,812.67 | 4,776.71 | 33,892.55 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Premium Pay | 06/01/2026 - 06/06/2026 | 0 | 0 | 47.73 | |
| Premium Pay | 06/07/2026 - 06/13/2026 | 0 | 0 | 47.73 | |
| Premium Pay | 06/14/2026 - 06/15/2026 | 0 | 0 | 9.55 | 1,155.11 |
| Regular Base Pay | 06/01/2026 - 06/15/2026 | 88 | 42.2596 | 3,662.50 | 40,287.50 |
| Overtime At 1.5 | 05/03/2026 - 05/09/2026 | 0.33 | 63.9796 | 21.12 | |
| Overtime At 1.5 | 05/10/2026 - 05/15/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 05/10/2026 - 05/15/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 05/10/2026 - 05/15/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 05/10/2026 - 05/15/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 05/17/2026 - 05/23/2026 | 0.33 | 64.0196 | 21.13 | |
| Overtime At 1.5 | 05/17/2026 - 05/23/2026 | 0.33 | 64.0196 | 21.13 | |
| Overtime At 1.5 | 05/17/2026 - 05/23/2026 | 0.33 | 64.0196 | 21.13 | |
| Overtime At 1.5 | 05/17/2026 - 05/23/2026 | 0.33 | 64.0196 | 21.13 | |
| Overtime At 1.5 | 05/17/2026 - 05/23/2026 | 0.33 | 64.0196 | 21.13 | 3,964.32 |
| Earnings | | | | 3,978.72 | 45,406.93 |

**Employee Tax**

| Description | Amount | YTD |
|---|---|---|
| OASDI EE | 235.95 | 2,697.18 |
| Medicare EE | 55.18 | 630.79 |
| Federal Withholding | 0.00 | 1,484.70 |
| Employee Tax | 291.13 | 4,812.67 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 21.50 | 236.50 |
| Medical | 148.50 | 1,633.50 |
| Vision | 5.00 | 55.00 |
| Pre Tax Deductions | 175.00 | 1,925.00 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dining Charge (Dallas) | 158.44 | 892.13 |
| Roth 401(k) | 240.00 | 2,640.00 |
| Thrift Plan Loan 1 | 95.06 | 665.42 |
| Thrift Plan Loan 2 | | 579.16 |
| Post Tax Deductions | 493.50 | 4,776.71 |

**Employer Paid Benefits and Imputed Income**

| Description | Amount | YTD |
|---|---|---|
| Employer Only 1% | 39.79 | 454.12 |
| Imp Inc - Basic Life | 1.90 | 20.90 |
| Thrift/Roth Match | 238.73 | 2,590.55 |
| Employer Paid Benefits and Imputed Income | 280.42 | 3,065.57 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,805.62 | 43,502.83 |
| Medicare - Taxable Wages | 3,805.62 | 43,502.83 |
| Federal Withholding - Taxable Wages | 3,805.62 | 43,502.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Exempt | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Time Off**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Dallas Sick Time Off Plan | 12 | 0 | 14 |
| Dallas Vacation Time Off Plan | 7.667 | 0 | 29.881 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATION | STRIDE BANK, NATIONAL ASSOCIATION ******1340 | ******1340 | | 3,019.09 | USD |

Federal Reserve Bank of Dallas 2200 North Pearl Street Dallas, TX 75201 +1 214-922-6000
Linwood Bradford 504 Prince St. Cedar Hill, TX 75104

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Linwood Bradford | Federal Reserve Bank of Dallas | 358128 | 06/16/2026 | 06/30/2026 | 06/30/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Tax | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 115.43 | 5,517.52 | 175.00 | 408.85 | 426.29 | 4,507.38 |
| YTD | 1,121.81 | 50,924.45 | 2,100.00 | 5,221.52 | 5,203.00 | 38,399.93 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime At 1.5 | 06/14/2026 - 06/20/2026 | 5.33 | 0 | -114.49 | |
| Overtime At 1.5 | 06/14/2026 - 06/20/2026 | 5.33 | 0 | 115.05 | |
| Overtime At 1.5 | 06/14/2026 - 06/20/2026 | 0.33 | 0 | -7.09 | |
| Overtime At 1.5 | 06/14/2026 - 06/20/2026 | 0.33 | 0 | 7.13 | |
| Overtime At 1.5 | 06/16/2026 - 06/20/2026 | 6.65 | 63.8446 | 424.58 | 5,429.06 |
| Premium Pay | 06/16/2026 - 06/20/2026 | 0 | 0 | 38.19 | |
| Premium Pay | 06/21/2026 - 06/27/2026 | 0 | 0 | 47.73 | |
| Premium Pay | 06/28/2026 - 06/30/2026 | 0 | 0 | 19.10 | 1,260.13 |
| Regular Base Pay | 06/16/2026 - 06/30/2026 | 88 | 42.2596 | 3,662.50 | 43,950.00 |
| Worked on Holiday-Paid @ 1.5 | 06/16/2026 - 06/20/2026 | 4.5 | 63.3894 | 285.26 | 285.26 |
| Overtime At 1.5 | 05/24/2026 - 05/30/2026 | 0.33 | 64.0296 | 21.13 | |
| Overtime At 1.5 | 05/24/2026 - 05/30/2026 | 0.33 | 64.0296 | 21.13 | |
| Overtime At 1.5 | 05/24/2026 - 05/30/2026 | 0.33 | 64.0296 | 21.13 | |
| Overtime At 1.5 | 06/01/2026 - 06/06/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/01/2026 - 06/06/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/01/2026 - 06/06/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/01/2026 - 06/06/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/01/2026 - 06/06/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/07/2026 - 06/13/2026 | 0.33 | 63.8846 | 21.09 | |
| Overtime At 1.5 | 06/07/2026 - 06/13/2026 | 0.33 | 63.8846 | 21.09 | |
| Overtime At 1.5 | 06/07/2026 - 06/13/2026 | 0.33 | 63.8846 | 21.09 | |
| Overtime At 1.5 | 06/07/2026 - 06/13/2026 | 0.33 | 63.8846 | 21.09 | |
| Overtime At 1.5 | 06/07/2026 - 06/13/2026 | 0.33 | 63.8846 | 21.09 | |
| Overtime At 1.5 | 06/07/2026 - 06/13/2026 | 6.33 | 63.8846 | 404.39 | |
| Overtime At 1.5 | 06/14/2026 - 06/15/2026 | 5.33 | 63.7396 | 339.74 | |
| Overtime At 1.5 | 06/14/2026 - 06/15/2026 | 0.33 | 63.7396 | 21.04 | |
| Earnings | | | | 5,517.52 | 50,924.45 |

**Employee Tax**

| Description | Amount | YTD |
|---|---|---|
| OASDI EE | 331.35 | 3,028.53 |
| Medicare EE | 77.50 | 708.29 |
| Federal Withholding | 0.00 | 1,484.70 |
| Employee Tax | 408.85 | 5,221.52 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 21.50 | 258.00 |
| Medical | 148.50 | 1,782.00 |
| Vision | 5.00 | 60.00 |
| Pre Tax Deductions | 175.00 | 2,100.00 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dining Charge (Dallas) | 91.23 | 983.36 |
| Roth 401(k) | 240.00 | 2,880.00 |
| Thrift Plan Loan 1 | 95.06 | 760.48 |
| Thrift Plan Loan 2 | | 579.16 |
| Post Tax Deductions | 426.29 | 5,203.00 |

**Employer Paid Benefits and Imputed Income**

| Description | Amount | YTD |
|---|---|---|
| Employer Only 1% | 55.18 | 509.30 |
| Imp Inc - Basic Life | 1.90 | 22.80 |
| Thrift/Roth Match | 240.00 | 2,830.55 |
| Employer Paid Benefits and Imputed Income | 297.08 | 3,362.65 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,344.42 | 48,847.25 |
| Medicare - Taxable Wages | 5,344.42 | 48,847.25 |
| Federal Withholding - Taxable Wages | 5,344.42 | 48,847.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Exempt | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Time Off**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Dallas Sick Time Off Plan | 0 | 0 | 14 |
| Dallas Vacation Time Off Plan | 7.667 | 1 | 36.548 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATION | STRIDE BANK, NATIONAL ASSOCIATION ******1340 | ******1340 | | 4,507.38 USD |

Federal Reserve Bank of Dallas 2200 North Pearl Street Dallas, TX 75201 +1 214-922-6000
Linwood Bradford 504 Prince St. Cedar Hill, TX 75104

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Linwood Bradford | Federal Reserve Bank of Dallas | 358128 | 05/16/2026 | 05/31/2026 | 05/29/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Tax | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,767.50 | 175.00 | 274.98 | 383.00 | 2,934.52 |
| YTD | 915.08 | 41,428.21 | 1,750.00 | 4,521.54 | 4,283.21 | 30,873.46 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Premium Pay | 05/17/2026 - 05/23/2026 | 0 | 0 | 52.50 | |
| Premium Pay | 05/24/2026 - 05/30/2026 | 0 | 0 | 52.50 | |
| Premium Pay | 05/31/2026 - 05/31/2026 | 0 | 0 | 0.00 | 1,050.10 |
| Regular Base Pay | 05/16/2026 - 05/31/2026 | 80 | 42.2596 | 3,662.50 | 36,625.00 |
| Overtime At 1.5 | | | 0 | | 3,753.11 |
| Earnings | | | | 3,767.50 | 41,428.21 |

**Employee Tax**

| Description | Amount | YTD |
|---|---|---|
| OASDI EE | 222.86 | 2,461.23 |
| Medicare EE | 52.12 | 575.61 |
| Federal Withholding | 0.00 | 1,484.70 |
| Employee Tax | 274.98 | 4,521.54 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 21.50 | 215.00 |
| Medical | 148.50 | 1,485.00 |
| Vision | 5.00 | 50.00 |
| Pre Tax Deductions | 175.00 | 1,750.00 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dining Charge (Dallas) | 47.94 | 733.69 |
| Roth 401(k) | 240.00 | 2,400.00 |
| Thrift Plan Loan 1 | 95.06 | 570.36 |
| Thrift Plan Loan 2 | | 579.16 |
| Post Tax Deductions | 383.00 | 4,283.21 |

**Employer Paid Benefits and Imputed Income**

| Description | Amount | YTD |
|---|---|---|
| Employer Only 1% | 37.68 | 414.33 |
| Imp Inc - Basic Life | 1.90 | 19.00 |
| Thrift/Roth Match | 226.05 | 2,351.82 |
| Employer Paid Benefits and Imputed Income | 265.63 | 2,785.15 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,594.40 | 39,697.21 |
| Medicare - Taxable Wages | 3,594.40 | 39,697.21 |
| Federal Withholding - Taxable Wages | 3,594.40 | 39,697.21 |

| | Federal | State |
|---|---|---|
| Marital Status | Exempt | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Time Off**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Dallas Sick Time Off Plan | 0 | 0 | 12 |
| Dallas Vacation Time Off Plan | 7.667 | 0 | 25.214 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATION | STRIDE BANK, NATIONAL ASSOCIATION ******1340 | ******1340 | | 2,934.52 | USD |

Federal Reserve Bank of Dallas 2200 North Pearl Street Dallas, TX 75201 +1 214-922-6000
Linwood Bradford 504 Prince St. Cedar Hill, TX 75104

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Linwood Bradford | Federal Reserve Bank of Dallas | 358128 | 07/01/2026 | 07/15/2026 | 07/15/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Tax | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 90.97 | 4,179.37 | 175.00 | 306.48 | 392.84 | 3,305.05 |
| YTD | 1,212.78 | 55,103.82 | 2,275.00 | 5,528.00 | 5,595.84 | 41,704.98 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| On-Call/Callback Pay | 07/12/2026 - 07/15/2026 | 35 | 6.3389 | 221.87 | 221.87 |
| Overtime At 1.5 | 07/01/2026 - 07/04/2026 | 0.66 | 63.9696 | 42.22 | 5,619.05 |
| Premium Pay | 07/01/2026 - 07/04/2026 | 0 | 0 | 28.64 | |
| Premium Pay | 07/05/2026 - 07/11/2026 | 0 | 0 | 47.73 | |
| Premium Pay | 07/12/2026 - 07/15/2026 | 0 | 0 | 28.64 | 1,365.14 |
| Regular Base Pay | 07/01/2026 - 07/15/2026 | 88 | 42.2596 | 3,662.50 | 47,612.50 |
| Worked on Holiday-Paid @ 1.5 | | | 0 | | 285.26 |
| Overtime At 1.5 | 06/21/2026 - 06/27/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/21/2026 - 06/27/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/21/2026 - 06/27/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/21/2026 - 06/27/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/21/2026 - 06/27/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/28/2026 - 06/30/2026 | 0.33 | 63.9646 | 21.11 | |
| Overtime At 1.5 | 06/28/2026 - 06/30/2026 | 0.33 | 63.9646 | 21.11 | |
| Earnings | | | | 4,179.37 | 55,103.82 |

**Employee Tax**

| Description | Amount | YTD |
|---|---|---|
| OASDI EE | 248.39 | 3,276.92 |
| Medicare EE | 58.09 | 766.38 |
| Federal Withholding | 0.00 | 1,484.70 |
| Employee Tax | 306.48 | 5,528.00 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 21.50 | 279.50 |
| Medical | 148.50 | 1,930.50 |
| Vision | 5.00 | 65.00 |
| Pre Tax Deductions | 175.00 | 2,275.00 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dining Charge (Dallas) | 57.78 | 1,041.14 |
| Roth 401(k) | 240.00 | 3,120.00 |
| Thrift Plan Loan 1 | 95.06 | 855.54 |
| Thrift Plan Loan 2 | | 579.16 |
| Post Tax Deductions | 392.84 | 5,595.84 |

**Employer Paid Benefits and Imputed Income**

| Description | Amount | YTD |
|---|---|---|
| Employer Only 1% | 41.80 | 551.10 |
| Imp Inc - Basic Life | 1.90 | 24.70 |
| Thrift/Roth Match | 240.00 | 3,070.55 |
| Employer Paid Benefits and Imputed Income | 283.70 | 3,646.35 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,006.27 | 52,853.52 |
| Medicare - Taxable Wages | 4,006.27 | 52,853.52 |
| Federal Withholding - Taxable Wages | 4,006.27 | 52,853.52 |

| | Federal | State |
|---|---|---|
| Marital Status | Exempt | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Time Off**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Dallas Sick Time Off Plan | 12 | 0 | 26 |
| Dallas Vacation Time Off Plan | 15.667 | 8 | 44.215 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATION | STRIDE BANK, NATIONAL ASSOCIATION ******1340 | ******1340 | | 3,305.05 | USD |

Federal Reserve Bank of Dallas 2200 North Pearl Street Dallas, TX 75201 +1 214-922-6000
Linwood Bradford 504 Prince St. Cedar Hill, TX 75104

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Linwood Bradford | Federal Reserve Bank of Dallas | 358128 | 07/16/2026 | 07/31/2026 | 07/31/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Tax | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 131.13 | 6,177.47 | 175.00 | 459.33 | 449.51 | 5,093.63 |
| YTD | 1,343.91 | 61,281.29 | 2,450.00 | 5,987.33 | 6,045.35 | 46,798.61 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| On-Call/Callback Pay | 07/26/2026 - 07/31/2026 | 21.5 | 6.3389 | 136.29 | 358.16 |
| Overtime At 1.5 | 07/12/2026 - 07/18/2026 | 0.33 | 0 | 7.77 | |
| Overtime At 1.5 | 07/12/2026 - 07/18/2026 | 0.33 | 0 | 7.77 | |
| Overtime At 1.5 | 07/12/2026 - 07/18/2026 | 0.33 | 0 | 7.77 | |
| Overtime At 1.5 | 07/12/2026 - 07/18/2026 | 0.33 | 0 | -8.63 | |
| Overtime At 1.5 | 07/12/2026 - 07/18/2026 | 0.33 | 0 | -8.63 | |
| Overtime At 1.5 | 07/12/2026 - 07/18/2026 | 0.33 | 0 | -8.63 | |
| Overtime At 1.5 | 07/16/2026 - 07/18/2026 | 14.99 | 65.7846 | 986.13 | 7,892.70 |
| Premium Pay | 07/16/2026 - 07/18/2026 | 0 | 0 | 17.51 | |
| Premium Pay | 07/19/2026 - 07/25/2026 | 0 | 0 | 43.76 | |
| Premium Pay | 07/26/2026 - 07/31/2026 | 0 | 0 | 43.76 | 1,470.17 |
| Regular Base Pay | 07/16/2026 - 07/31/2026 | 96 | 42.2596 | 3,662.50 | 51,275.00 |
| Worked on Holiday-Paid @ 1.5 | | | 0 | | 285.26 |
| Overtime At 1.5 | 06/28/2026 - 07/04/2026 | 0 | 0 | -0.01 | |
| Overtime At 1.5 | 06/28/2026 - 07/04/2026 | 0 | 0 | -0.01 | |
| Overtime At 1.5 | 07/01/2026 - 07/04/2026 | 0.33 | 63.9296 | 21.10 | |
| Overtime At 1.5 | 07/01/2026 - 07/04/2026 | 3.33 | 63.9296 | 212.89 | |
| Overtime At 1.5 | 07/01/2026 - 07/04/2026 | -0.33 | 63.9696 | -21.11 | |
| Overtime At 1.5 | 07/01/2026 - 07/04/2026 | -0.33 | 63.9696 | -21.11 | |
| Overtime At 1.5 | 07/05/2026 - 07/11/2026 | 0.33 | 63.8146 | 21.06 | |
| Overtime At 1.5 | 07/05/2026 - 07/11/2026 | 11.33 | 63.8146 | 723.02 | |
| Overtime At 1.5 | 07/05/2026 - 07/11/2026 | 0.33 | 63.8146 | 21.06 | |
| Overtime At 1.5 | 07/05/2026 - 07/11/2026 | 0.33 | 63.8146 | 21.06 | |
| Overtime At 1.5 | 07/05/2026 - 07/11/2026 | 3.83 | 63.8146 | 244.41 | |
| Overtime At 1.5 | 07/12/2026 - 07/15/2026 | 0.33 | 68.3996 | 22.58 | |
| Overtime At 1.5 | 07/12/2026 - 07/15/2026 | 0.33 | 68.3996 | 22.58 | |
| Overtime At 1.5 | 07/12/2026 - 07/15/2026 | 0.33 | 68.3996 | 22.58 | |
| Earnings | | | | 6,177.47 | 61,281.29 |

**Employee Tax**

| Description | Amount | YTD |
|---|---|---|
| OASDI EE | 372.27 | 3,649.19 |
| Medicare EE | 87.06 | 853.44 |
| Federal Withholding | 0.00 | 1,484.70 |
| Employee Tax | 459.33 | 5,987.33 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 21.50 | 301.00 |
| Medical | 148.50 | 2,079.00 |
| Vision | 5.00 | 70.00 |
| Pre Tax Deductions | 175.00 | 2,450.00 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dining Charge (Dallas) | 114.45 | 1,155.59 |
| Roth 401(k) | 240.00 | 3,360.00 |
| Thrift Plan Loan 1 | 95.06 | 950.60 |
| Thrift Plan Loan 2 | | 579.16 |
| Post Tax Deductions | 449.51 | 6,045.35 |

**Employer Paid Benefits and Imputed Income**

| Description | Amount | YTD |
|---|---|---|
| Employer Only 1% | 61.78 | 612.88 |
| Imp Inc - Basic Life | 1.90 | 26.60 |
| Thrift/Roth Match | 240.00 | 3,310.55 |
| Employer Paid Benefits and Imputed Income | 303.68 | 3,950.03 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 6,004.37 | 58,857.89 |
| Medicare - Taxable Wages | 6,004.37 | 58,857.89 |
| Federal Withholding - Taxable Wages | 6,004.37 | 58,857.89 |

| | Federal | State |
|---|---|---|
| Marital Status | Exempt | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Time Off**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Dallas Sick Time Off Plan | 0 | 8 | 18 |
| Dallas Vacation Time Off Plan | 7.667 | 0 | 51.882 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| STRIDE BANK, NATIONAL ASSOCIATION | STRIDE BANK, NATIONAL ASSOCIATION ******1340 | ******1340 | | 5,093.63 | USD |