Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Owings Auto Center, LLC

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re: Linwood Toll Bradford, Jr.,** | **Case No. 26-33515-mvl13** |
| Debtor(s) | **Chapter 13** |

**NOTICE OF APPEARANCE AND DEMAND FOR PAPERS**

PLEASE TAKE NOTICE that pursuant to **Rules 2002, 9007, and 9010(b)**, **Clayton L. Everett** of **Norred Law, PLLC** enters an appearance as counsel for **Owings Auto Center, LLC**. All notices and papers should be served upon the undersigned at the contact information listed below. This appearance is made without prejudice to Owings Auto Center, LLC's rights, remedies, or defenses, and all jurisdictional objections are expressly reserved.

Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Counsel for Owings Auto Center, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I have this August 25, 2026 served a true and correct copy of the above notice via ECF upon all parties receiving notice through the ECF system.

*/s/ Clayton L. Everett*
Clayton L. Everett