Codilis & Moody, P.C.
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200
ATTORNEY FOR SECURED CREDITOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-33515-mvl13 |
| Linwood Toll Bradford, Jr | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| | § | |

**<u>OBJECTION TO CONFIRMATION</u>**
(Related to Docket No. 10)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

PennyMac Loan Services, LLC, its successors and/or assigns ("Creditor"), secured creditor and party in interest in the above referenced case, files this Objection to Confirmation. In support of its Objection, Creditor respectfully shows:

1. Creditor holds a security interest in the real property located at 504 Prince Street, Cedar Hill, TX 75104.
2. Creditor intends to file its Proof of Claim listing estimated pre-petition arrearages of $38,854.74 and post-petition payments of $3,226.32 per month.
3. The Chapter 13 Plan provides for pre-petition arrearages of $31,219.00 and post-petition payments of $2,951.00 per month.
4. A confirmed plan might have the effect of binding Creditor as a party to the bankruptcy to accept pre-petition arrearages of $31,219.00 and post-petition payments of $2,951.00 per month in contradiction of its rights under the mortgage and 11 U.S.C. §1322(b)(2) and (5).

5. In addition, the Plan does not fund payment in full of Creditor's pre-petition arrearage claim so it is not feasible in violation of 11 U.S.C. §1325(a)(6).

WHEREFORE, Creditor respectfully requests an Order sustaining its Objection to Confirmation and for such other relief to which Creditor may show itself justly entitled, either at law or in equity.

Respectfully submitted,

Codilis & Moody, P.C.

By: /s/ Kerrie S. Mattson-Neal

Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Gomes SBOT#24136182
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
Juanita M. Deaver SBOT#24126385
**Codilis & Moody, P.C.**
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200
TX.bkpleadingsNORTH@tx.cslegal.com
44-26-02765
ATTORNEYS FOR SECURED CREDITOR

NOTE: This law firm is a debt collector.

**CERTIFICATE OF SERVICE**

I hereby certify that on 08/28/2026, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on 08/28/2026 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Thomas Powers, Chapter 13 Trustee, 5601 Executive Dr. Suite 300, Irving, TX 75038 by ECF Notice
Linwood Toll Bradford, Jr, Debtor, 504 Prince St., Cedar Hill, TX 75104
Marcus B. Leinart, Attorney for Debtors, 10670 N. Central Expressway Suite 320, Dallas, TX 75231 by ECF Notice
Office of the U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242 by ECF Notice

Codilis & Moody, P.C.

/s/ Kerrie S. Mattson-Neal
Attorney for Creditor

Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Gomes SBOT#24136182
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
Juanita M. Deaver SBOT#24126385
**Codilis & Moody, P.C.**
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200
TX.bkpleadingsNORTH@tx.cslegal.com
44-26-02765
ATTORNEYS FOR SECURED CREDITOR

NOTE: This law firm is a debt collector.