**Office of the Standing Chapter 13 Trustee**
**5601 Executive Dr.**
**Suite 300**
**Irving, TX 75038**
**(214) 855-9200**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:**
**LINWOOD TOLL BRADFORD JR**
**Debtor**

**Case No: 26-33515-MVL-13**

**Hearing Date: 10/29/2026**

## Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO: ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on 10/29/2026**. Pre-hearing conferences will be held by phone and email the week of 10/29/2026.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 10/28/2026.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 10/29/2026 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Everett - https://us-courts.webex.com/meet/everett**
**Access Webex instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtor:** | **LINWOOD TOLL BRADFORD JR, 504 PRINCE ST., CEDAR HILL, TX 75104** |
| **Attorney:** | **LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX 75231** |
| **Court:** | **CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242** |
| **Trustee:** | **TRUSTEE'S OFFICE, 5601 EXECUTIVE DR., SUITE 300, IRVING TX 75038** |

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 26-33515-MVL-13**
**LINWOOD TOLL BRADFORD JR**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | LINWOOD TOLL BRADFORD JR, 504 PRINCE ST., CEDAR HILL, TX 75104 |
| Attorney: | LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX 75231** |
| Creditors: | AUTOVEST LLC, PO BOX 2247, SOUTHFIELD, MI 48037 |
| | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285** |
| | CHIME, 77 MAIDEN LN, SAN FRANCISCO, CA 94108-5420 |
| | CHIMEF STR, ATTN BANKRUPTCY, PO BOX 417, SAN FRANCISCO, CA 94104-0417 |
| | CODILIS & MOODY, 20405 STATE HWY 249, STE 170, HOUSTON, TX 77070 |
| | CREDENCE RESOURCE MANAGEMENT LLC, ATTN BANKRUPTCY, 4222 TRINITY MILLS ROAD SUITE 260, DALLAS, TX 75287-7666** |
| | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY 725 CANTON ST, NORWOOD, MA 2062-2062 |
| | CREST FINANCIAL, 61 WEST 13490 SOUTH, DRAPER, UT 84020-7209 |
| | DALLAS COUNTY, LINEBARGER GOGGAN BLAIR ET AL, 3500 MAPLE AVE, STE 800, DALLAS, TX 75219 |
| | DEFERIT INC, 780 3RD AVE, NEW YORK, NY 10017-0017 |
| | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104 |
| | GLOBAL LENDING SERVICES, PO BOX 10437, GREENVILLE, SC 29603** |
| | JEFFERSON CAPITAL SYSTEMS, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602** |
| | NORRED LAW, 515 E BORDER, ARLINGTON, TX 76010 |
| | OWINGS AUTO CENTERS, 519 E DIVISION ST, ARLINGTON, TX 76011 |
| | PENNYMAC LOAN SERVICES, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| | RECEIVABLE MANAGEMENT SERVICES, 240 EMERY ST, BETHLEHEM, PA 18015 |
| | SANTANDER CONSUMER USA, ATTN BANKRUPTCY, 10 64 38 FD7 601 PENN ST, READING, PA 19601-3544 |
| | SPRING OAKS CAPITAL SPV LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |

** Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 09/08/2026

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700