Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
() -

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:**
**LINWOOD TOLL BRADFORD JR**
**Debtor**

CASE NO: **26-33515-MVL-13**

Pre-Hearing: **November 05, 2026 9:00 A.M.**
Hearing: **November 05, 2026 2:00 P.M.**

## Trustee's Motion to Dismiss For Tax Returns Pursuant to 11 USC 1308

Comes now **Thomas D. Powers, Standing Chapter 13 Trustee, Movant** herein, and pursuant to Section 1307(c) and 1308 of the Bankruptcy Code and Bankruptcy Rule 9014 files this Trustee's Motion to Dismiss For Tax Returns Pursuant to 11 USC 1308 ("Motion"), and for same would respectfully show the Court as follows:

***** NOTE: IF A COPY OF THE TAX RETURN, APPLICATION FOR EXTENSION OR AFFIDAVIT IS PROVIDED TO THE MOVANT PRIOR TO THE DATE SET FORTH ABOVE, NO RESPONSE WILL BE REQUIRED *****

1. Debtor initiated the instant Chapter 13 proceeding by the filing of a voluntary petition on August 3, 2026.
2. Debtor failed to file Tax Returns for all of the previous (4) years prior to the Petition date.
3. Movant is the Trustee, and therefore, is a party in interest in this case.
4. Debtor has a duty to cooperate with the Trustee in regard to 11 USC Section 521.
5. The Trustee would show that it is necessary in the fulfillment of the Trustee's duties under the Bankruptcy Code, that the Trustee receive and review federal income tax return, inter alia, in order to determine the amount of any IRS Refund due to Debtor, and also to determine whether the case is feasible or whether or not there has been a change in financial circumstances.

**WHEREFORE, PREMISES CONSIDERED**, Thomas D. Powers, Standing Chapter 13 Trustee, Movant herein, prays that this Court dismiss this Chapter 13 bankruptcy**.**

Respectfully submitted,
THOMAS D. POWERS, CHAPTER 13 TRUSTEE

Date: 9/17/2026

By: /s/ Thomas D. Powers

Thomas D. Powers
State Bar No. 16218700
5601 Executive Dr.
Suite 300
Irving, TX 75038
() - / () - (Fax)

## NOTICE OF HEARING

You are hereby notified of the filing of the foregoing Trustee's Motion. A pre-hearing conference on the Trustee's Motion will be held on **November 05, 2026.** Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P.M.** on November 04, 2026.

Any objection or response to the proposed Motion not resolved or defaulted at the Pre-Hearing Conference will be heard by the court on **November 05, 2026** by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Larson - https://us-courts.webex.com/meet/larson**
**Access Webex Instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates**

You do not have to attend the pre-hearing conference or hearing unless you oppose the Motion.

## Certificate of Service

I hereby certify that a copy of the foregoing "Trustee's Motion to Dismiss For Tax Returns Pursuant to 11 USC 1308 " was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | Linwood Toll Bradford Jr, 504 Prince St., Cedar Hill, Tx 75104 |
| Attorney: | Leinart Law Firm, 10670 N Central Expressway, Suite 320, Dallas, Tx 75231 |
| Notice Creditor(s): | Codilis & Moody, 20405 State Hwy 249, Ste 170, Houston, Tx 77070 |
| | Dallas County, Linebarger Goggan Blair Et Al, 3500 Maple Ave, Ste 800, Dallas, Tx 75219 |
| | Norred Law, 515 E Border, Arlington, Tx 76010 |

Date: 09/17/2026

/s/ Thomas D. Powers

Thomas D. Powers, Trustee