**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**IN RE:**
**LINWOOD TOLL BRADFORD JR**
**DEBTOR**

**CASE NO: 26-33515-MVL-13**

## REPORT OF (ADJOURNED) SECTION 341 MEETING

### General Case Information

**Case Information:**

**Hearing Information:**

| | |
|---|---|
| 341 Meeting Date: | 09/17/2026 |
| Days from Petition: | 45 days |
| Original 341 scheduled: | 09/17/2026 |
| Confirmation Hearing set: | 10/29/2026 |
| No Show/ID NOI Sent: | |
| NOI for 1st Pymt Sent: | |

**Payment Information:**

| | |
|---|---|
| Plan Base Amount: | $275,785.00 |
| Plan Term: | 60 months |
| Current Monthly Payment: | $3,500.00 |
| First Payment Due: | Sep 02, 2026 |
| Amount Paid to Trustee: | $0.00 |

**Meeting Information:**

Debtor(s) Appeared? Dr 1 [x] Yes [ ] No Dr 2 [ ] Yes [ ] No
ID Checked: [x] Dr 1 [ ] Dr 2
SSN Checked: [x] Dr 1 [ ] Dr 2
Debtor(s) Attorney / Paralegal Appeared? [x]
Pro Se [ ]
Creditor Appeared? [ ] Yes [x] No

**Hearing Status:**

341 Meeting Concluded: [x] Yes [ ] No
[ ] Debtor unable to connect to Zoom meeting
Debtor was asked the standard questions: [x] Yes [ ] No
[x] Yes [ ] No Debtor confirmed that all the information contained on the Petition, Schedules, Statement of Financial Affairs, and CMI form was true and correct and needed no changes or additions to make them true and complete.

**Notice of Intent to Dismiss Information:**

[ ] Failure to Appear: [ ] Dr 1 [ ] Dr 2
[ ] Wage Directive Info: [ ] Dr 1 [ ] Dr 2
[ ] Tax Returns: [ ] Dr 1 [ ] Dr 2
[ ] Other:
[ ] Photo ID: [ ] Dr 1 [ ] Dr 2
[ ] SSN Card: [ ] Dr 1 [ ] Dr 2
[ ] Paystubs: [ ] Dr 1 [ ] Dr 2

**Legal Action Needed:**

[ ] Trustee's Motion to Transfer Venue Needed:
[ ] Serial Filer:
[ ] Other:

### Confirmation Issues

**Best Interest:**

Exemptions: [ ] Federal [x] State - Texas [ ] State - Other:
Exceeds $214,000.00 [x] Yes [ ] No [ ] n/a
Value (equity) of non-exempt property (provide detail below): $120.00

**REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 2**
**Case # 26-33515-MVL-13**
**LINWOOD TOLL BRADFORD JR**

| | |
|---|---|
| | Deposits of money<br>Total Value of Assets listed as Exempt on Schedule C: $337361.00<br>Improper Exemption: [ ] Yes [x] No Explain:<br>Fraudulent Transfer: [ ] Yes [x] No Explain: |
| Feasibility: | [x] Yes [ ] No<br>[x] Objection to Confirmation needed for the following reason:<br>[x] Debtor is delinquent on Plan Payments.<br>[x] Other: Trustee requests 2 recent paystubs for the non-filing spouse |
| Disposable Income: | **Below Median Income**<br>Debtor's Projected Monthly Disposable Income: $4,662.18 x ACP: 36 = $167,838.48<br>[ ] Case filed Below Median and should be Above Median |
| Good Faith: | [x] Yes [ ] No |
| (Petition & Plan Issues:) | [x] Yes [ ] No<br>[x] Objection to Confirmation needed for the following reason:<br>[ ] Insufficient Plan.<br>[x] Other: Debtor(s) Plan provides for attorney fees exceeding standard amount and a Notice of Additional Fees and Rule 2016 Disclosure has not been filed. |
| Domestic Support Obligation (DSO:) | Is Debtor current on Post Petition DSO? [ ] Yes [ ] No [x] N/A |
| Tax Returns: | Filed previous 4 years: [x] Yes [ ] No<br>Affidavit needed [ ] Yes [x] No \| Affidavit rcvd [ ] Yes [ ] No<br>Number of Exemptions on last year: 2 Notes:<br>Number in Household per CMI: 3 Notes:<br>[x] Objection to Confirmation needed for the following reason:<br>[x] Tax Returns not filed: 2020 through 2025<br>[x] IRS claim not provided for Secured and/or Priority: $25,005.19 |
| Business Case: | Is this a Business Case? [ ] Yes [x] No Level: |
| Civil Enforcement: | [ ] Petition Preparer was involved [ ] Debtor attorney fees exceed "Standard fee" |
| 521(a)(1) Information has been filed: | [x] List of Creditors [x] Statement of Financial Affairs<br>[x] CMI Statement [x] Dr 1 60 Days Payment Advices<br>[x] Schedules A,B,C,D,E,F,G and H [ ] Dr 2 60 Days Payment Advices<br>[x] Schedules I and J |
| Eligibility: | Certificate of Credit Counseling within 180 days on file [x] Yes [ ] No<br>Provider of Credit Counseling is approved [x] Yes [ ] No<br>Debt limit exceeds maximum (S $1,580,125 U $526,700) [ ] Yes [x] No |

**REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 3**
**Case # 26-33515-MVL-13**
**LINWOOD TOLL BRADFORD JR**

| | |
|---|---|
| Required for Confirmation: | ☐ Other reason(s) for Objection to Confirmation:<br><br>☒ Additional document(s) required for Confirmation:<br>☒ Need Wage Directive |
| Presiding Officer Information: | The 341 meeting was heard on: 9/17/2026 By: /s/ Len Nary<br>Office of the Standing Chapter 13 Trustee |