Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**IN RE:**
**LINWOOD TOLL BRADFORD JR**
**DEBTOR**

**CASE NO: 26-33515-MVL-13**

## TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

Based on Debtor's income, it appears that Debtor's case should be Above Median and the Trustee requests an amended Form 122C.

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

- Debtor is delinquent on Plan payments.
- Trustee requests 2 most recent paystubs for the non-filing spouse.

Debtor(s) Plan provides for attorney fees exceeding standard amount and a Notice of Additional Fees and Rule 2016 Disclosure has not been filed.

The Trustee asserts that the Debtor has not complied with 11 U.S.C. Sections 1325(a)(9) and 1308. In this regard, the Trustee would show:

- Debtor has not filed tax forms for the following tax year(s): 2022, 2023, 2024 and 2025

The Plan does not provide for the full payment in deferred cash payments, of all claims entitled to priority under 11 U.S.C. §507, per 11 U.S.C. §1322(a)(2).

- Debtor has not provided for the IRS claim in the amount of $25,005.19.

Debtor has not provided a wage directive.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

Respectfully submitted,
THOMAS D. POWERS, CHAPTER 13 TRUSTEE

By: /s/ Karla Balli

Karla Balli
State Bar No. 24035997
Attorney For Tom Powers
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200
Fax: (214) 965-0758

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service .

| | |
|---|---|
| Debtor: | LINWOOD TOLL BRADFORD JR, 504 PRINCE ST., CEDAR HILL, TX 75104 |
| Attorney: | LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX 75231** |
| Creditor(s): | CODILIS & MOODY, 20405 STATE HWY 249, STE 170, HOUSTON, TX 77070 |
| | DALLAS COUNTY, LINEBARGER GOGGAN BLAIR ET AL, 3500 MAPLE AVE, STE 800, DALLAS, TX 75219 |
| | NORRED LAW, 515 E BORDER, ARLINGTON, TX 76010 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: September 17, 2026

By: /s/ Karla Balli