Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200 / (214) 965-0756 (Fax)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:**
LINWOOD TOLL BRADFORD JR
DEBTOR

**CASE NO:** 26-33515-MVL-13

**NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENT TO DISMISS CASE FOR FAILURE TO MAKE THE FIRST PAYMENT DUE TO THE TRUSTEE**

The Trustee hereby **WITHDRAWS** the **Trustee's Notice of Intent to Dismiss Case filed on 09/08/2026**, without prejudice to refiling the same.

Respectfully submitted,

/s/ Thomas D. Powers
State Bar No. 16218700