OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: CASE NO: 26-33515-MVL-13

LINWOOD TOLL BRADFORD JR JUDGE MICHELLE V. LARSON

DEBTOR

**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**
**NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE**

TO THE DEBTOR AND DEBTOR'S ATTORNEY:

The Trustee's office has received a Proof of Claim dated September 18 , 2026. The mortgage payment for Trustee's claim # 3 - PENNYMAC LOAN SERVICES LLC has been changed to $3,226.32 per month . These payments will begin November 01 , 2026.

No changes have been made to Plan Payments.

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE has been served on the Debtor and Debtor's Counsel by United States First Class Mail or by electronic service .

**Case No: 26-33515-MVL-13**
**Debtor Name: LINWOOD TOLL BRADFORD JR**
**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**
**NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE, Page 2**

| | |
|---|---|
| Debtor: | LINWOOD TOLL BRADFORD JR, 504 PRINCE ST., CEDAR HILL, TX 75104 |
| Attorney: | LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX 75231** |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

/s/ Thomas D. Powers

Thomas D. Powers