OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:** **Case No: 26-33515-MVL-13**
**LINWOOD TOLL BRADFORD JR**
**Debtor**

# OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

The Standing Chapter 13 Trustee herein files this Objection to Confirmation to the Plan filed by Debtor and respectful shows the Court as follows:

1. The Debtor may not be able to make all payments under the Plan. Therefore, the Plan may not be feasible per 11 U.S.C. Section 1325(a)(6). The Debtor is delinquent **$4,615.00**. Plan payments are currently $4,615.00.

2. This Objection to Confirmation is supplemental to any other that may have been filed by the Standing Chapter 13 Trustee in this case.

Respectfully submitted,

By: /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar No. 16218700
Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been served by me on 10/19/202 on the parties listed below by United States First Class Mail or via electronic mail:

Debtor: LINWOOD TOLL BRADFORD JR, 504 PRINCE ST., CEDAR HILL, TX 75104

Attorney: LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX 75231**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

Dated: 10/19/2026 By: /s/ Thomas D. Powers

Thomas D. Powers