5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**IN RE:**
**LINWOOD TOLL BRADFORD JR**
**DEBTOR**

**CASE NO: 26-33515-MVL-13**

**Pre-Hearing: 01/07/2027**
**Time: 8:30 am**

---

## Motion to Dismiss Chapter 13 Case or in the Alternative Reduce Attorney Fees for Failure to Confirm and Notice of Hearing thereon

---

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

Now comes Thomas D. Powers, Dallas and files this Motion pursuant to Section 1307 (c) of the Bankruptcy Code and Fed.Rules Bankr.Proc. 9014, 11 USCA and would respectfully show unto the Court as follows:

This case should be dismissed or in the alternative, attorney fees reduced for one or more of the following causes:

( X ) Failure to Obtain Confirmation.

( X ) Confirmation has been denied.

Wherefore, your Trustee prays that after notice and hearing, this Chapter 13 case be dismissed or in the alternative reduce attorney fees, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

Thomas D. Powers, the Chapter 13 Trustee

By: /s/ Thomas D. Powers

Thomas D. Powers / State Bar No. 16218700
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

**Motion to Dismiss Chapter 13 Case or in the Alternative Reduce Attorney Fees for Failure to Confirm and Notice of Hearing thereon, Page 2**
**Case # 26-33515-MVL-13**
**LINWOOD TOLL BRADFORD JR**

---

## NOTICE OF HEARING

You are notified of the filing of the foregoing Motion of Trustee to Dismiss Chapter 13 case for the reason (s) therein stated. A pre-hearing conference on the Trustee's Motion will be held on **01/07/2027.** Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 01/06/2027. Motions not resolved/defaulted at the pre-hearing conference will be held by the Court on 01/07/2027 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Larson - https://us-courts.webex.com/meet/larson**
**Access Webex Instructions at https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.**

You do not have to attend the pre-hearing conference or hearing unless you oppose dismissal of the case.

**Certificate of Service**

I hereby certify that a true copy of the foregoing Motion to Dismiss Chapter 13 Case and Notice of Hearing thereon was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail:

| | |
|---|---|
| Debtor: | Linwood Toll Bradford Jr, 504 Prince St., Cedar Hill, Tx 75104 |
| Attorney: | Leinart Law Firm, 10670 N Central Expressway, Suite 320, Dallas, Tx 75231** |
| Notice Creditor(s): | Codilis & Moody, 20405 State Hwy 249, Ste 170, Houston, Tx 77070 |
| | Dallas County, Linebarger Goggan Blair Et Al, 3500 Maple Ave, Ste 800, Dallas, Tx 75219 |
| | Norred Law, 515 E Border, Arlington, Tx 76010 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 11/04/2026

By: /s/ Thomas D. Powers
Thomas D. Powers