CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 4, 2026**

**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:
LINWOOD TOLL BRADFORD JR
Debtor

Case No. 26-33515-MVL-13

**Order Denying Confirmation**

On October 29, 2026 , came on for consideration the Confirmation of the plan filed August 16, 2026 by the Debtor.

The Court finds that good cause exists for the entry of this Order; it is therefore

**ORDERED THAT** Confirmation is hereby denied.

**### End of Order ###**

Signed: /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar # 16218700

Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200 / (214) 965-0757 (Fax)