Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
10670 N. Central Expwy, Ste 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LINWOOD BRADFORD | § | CASE NO. 26-33515-MVL-13 |
| | § | |
| Debtor | § | CHAPTER 13 |
| | § | |

**AFFIDAVIT CONCERNING ALL APPLICABLE TAX RETURNS**

**STATE OF TEXAS** §

Linwood Bradford, the Debtor in the above entitled and numbered case, state the following:

1. "I am the Debtor in the above-captioned action. I am at least eighteen (18) years of age, of sound mind, capable of making this affirmation and am fully competent to testify to the matters stated herein. I am familiar with the facts stated herein, and make this affidavit in support thereof.

2. "I certify that I filed a voluntary petition under Chapter 13 of the Bankruptcy Code on 8/3/2026, in the United States Bankruptcy Court of the Northern, Dallas, case number 26-33515-MVL-13.

3. "I certify that my IRS tax returns for the tax years 2020, 2021, and 2022 were mailed via first class mail to the Department of the Treasury, Internal Revenue Service, Austin, TX 73301-0002 on 11/13/26."

I hereby declare under penalty of perjury the above-mentioned facts are true to the best of my

knowledge.

Further, Affiant saith not.

DATED: 11/4/26

DEBTOR

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public for the State of Texas on November 4th, 2026 to certify which witness my hand a seal of office.

AARON RAMOZ
Notary Public, State of Texas
Comm. Expires 05-27-2030
Notary ID 135559275

NOTARY PUBLIC, STATE OF TEXAS

Aaron Ramoz

PRINTED NAME OF NOTARY

Commission expires: 05/27/2030

Respectfully Submitted,

Leinart Law Firm
10670 N. Central Exprwy, Ste 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax

**By: /s/ Marcus Leinart**

Marcus Leinart
State Bar No. 00794156
ATTORNEY FOR DEBTOR