Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:** **CASE NO: 26-33515-MVL-13**
**LINWOOD TOLL BRADFORD JR**
**DEBTOR**

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS FOR TAX RETURNS PURSUANT TO 11 USC 1308**

TO THE HONORABLE MICHELLE V. LARSON, BANKRUPTCY JUDGE:

COMES NOW, Thomas D. Powers , Standing Chapter 13 Trustee, to file this Notice of Withdrawal and would respectfully show the following:

The Trustee had filed a Trustee's Motion to Dismiss For Tax Returns Pursuant to 11 USC 1308.

The matter was set for hearing and a pre-hearing conference as noted above. At the pre-hearing conference the Trustee's attorney announced that he wished to withdraw the Trustee's Motion to Dismiss For Tax Returns Pursuant to 11 USC 1308.

Respectfully submitted,

/s/ Thomas D. Powers
State Bar No. 16218700